UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOUGLAS D. HENSON, JR.                                                          PLAINTIFF
ADC #108327

V.                          No. 4:19CV00338-KGB-JTR

MONTGOMERY, Sheriff, Perry County                                              DEFENDANT

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

Plaintiff Douglas D. Henson, Jr. ("Henson") has filed this *pro se* § 1983 action alleging that Defendant violated his constitutional rights while he was confined in the Perry County Jail. *Doc. 1*.[1]

---

[1] Henson initiated this action in the Western District of Arkansas. After severing Henson's

On May 10, 2019, the Court entered an Order directing Henson to either pay the filing fee for this case or file a motion to proceed *in forma pauperis. Doc 4*. He was cautioned that failure to comply with the Court's order on or before June 10, 2019 would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

As of the date of this Recommendation, Henson has not complied with the Court's May 10, 2019 Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 1st day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

inadequate medical care claim against Defendant from the other claims in the case, the Western District Court opened that claim as a separate case and transferred it to this Court. *Docs. 2 & 3*.