THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOUGLAS D. HENSON, JR., ADC #108327**　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　**Case No. 4:19-cv-00338-KGB**

**MONTGOMERY, Sheriff, Perry County**　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5). In his Recommended Disposition, Judge Ray recommends that plaintiff Douglas D. Henson, Jr.'s, complaint be dismissed without prejudice for failure to prosecute this action. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Ray's recommendations.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 5). The Court dismisses Mr. Henson's complaint without prejudice. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 27th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　United States District Judge