THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOUGLAS D. HENSON, JR., ADC #108327**　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　**Case No. 4:19-cv-00338-KGB**

**MONTGOMERY, Sheriff, Perry County**　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Douglas D. Henson, Jr.'s, complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　United States District Judge